# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**JOHNNIE T. ARCHER**                                          **PLAINTIFF**

v.                              No. 3:17-cv-46-DPM

**STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY**                                            **DEFENDANT**

## ORDER

The parties agree on the material facts. One side or the other seems to be entitled to judgment as a matter of law on liability. Therefore the Court construes Archer's response, № 15, as a cross-motion for partial summary judgment. If any party would like to be heard further, it should file supplemental papers by 2 February 2018.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

17 January 2018