IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

JOHNNIE T. ARCHER                                              PLAINTIFF

v.                           No. 3:17-cv-46-DPM

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY                                              DEFENDANT

## JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

27 July 2018